FRANK W. THOMAS ET AL., APPELLEES, V. FEDERAL FINANCE
COMPANY ET AL., APPELLANTS.

FILED MARCH 20, 1931. NO. 27113.

*Drake & Drake,* for appellants.

*York & York, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD and DAY, JJ., and JAMES and WRIGHT, District Judges.

PER CURIAM.

This is an action to recover damages for false representations. From a judgment by the district court for Dawson county in favor of plaintiff, defendants have appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.